C-13-16(FTP)
(Rev. 6/04)

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | No. B-07-81539 C-13D |
| Sarbelio Campos | ) | |
| Nancy D. Martinez | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER GRANTING MOTION TO AUTHORIZE DEBTORS
## TO ENTER INTO A LOAN MODIFICATION

On August 20, 2009, a hearing was held on Motion by the Debtors for authorization to enter into a loan modification on an outstanding first mortgage on the property known as 8006 Mackenzie Ct., Durham, NC ("the real property") with BAC Home Loans Servicing, LP ("BAC"). At the hearing, Edward C. Boltz, Esq. appeared on behalf of the Debtors; Richard M. Hutson II, Standing Trustee appeared; and, no other party appeared or objected to the Debtors' Motion. The Court, after considering the Motion in this case and having heard and considered the statements of counsel and the Trustee, finds that the Motion should be allowed; therefore, it is ORDERED:

1. The Motion of the Debtors for authorization to enter into a loan modification is granted.

2. The Debtors are authorized to obtain the loan modification from BAC with interest at a fixed rate of 5.875% per annum, amortized for a period of 329 months, and the Debtors are further authorized to execute any and all documents necessary to consummate the loan modification with BAC.

3. BAC shall forward a copy of the modification agreement or other settlement statement to the Chapter 13 Office, attn: Anne Covington, PO Box 3613, Durham, NC 27702. Disbursements on the indebtedness due BAC shall continue to be paid directly by the Debtors and all arrearages allowed BAC through the Debtors' plan shall be paid directly through the loan modification and not by disbursements through the Trustee.

4. John T. Orcutt, Esq. is allowed the presumptive fee of $450.00 for services rendered in the filing of this Motion which shall be paid through the Debtors' plan.

**PARTIES TO BE SERVED**
Page 1 of 1
07-81539 C-13D

**ALL PARTIES OF RECORD AS OF THE DATE OF THE ORDER SHALL BE SERVED BY THE BANKRUPTCY NOTICING CENTER**